| **1. Person Reporting** (last name, first, middle initial)<br><br>Nelson, Ryan D. | **2. Court or Organization**<br><br>Ninth Circuit Court of Appeals | **3. Date of Report**<br><br>06/10/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>1075 S. Utah Avenue<br>Idaho Falls, ID 83402 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member/Judicial Liaison | American Bar Association Section of Administrative Law and Regulatory Practice |
| 2. | Jurist in Residence | BYU Law School |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 06/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 4/5/19 | BYU Law School Jurist in Residence (stipend) | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 18-19, 2019 | Washington, DC | Section Council Meeting | Transportation, meals, lodging |
| 2. | Federalist Society | January 25-27, 2019 | Simi Valley, CA | Conference Attendee | Transportation, meals, lodging |
| 3. | BYU Law School | January 31-February 1, 2019 | Provo, UT | Jurist in Residence | Transportation, meals, lodging |
| 4. | Federalist Society | February 24-26, 2019 | New Haven, CT | Conference Speaker | Transportation, meals, lodging |
| 5. | Federalist Society | February 28-March 2, 2019 | Cambridge, MA | Conference Speaker | Transportation, meals, lodging |
| 6. | Federalist Society | April 14-15, 2019 | Stanford, CA | Conference Speaker | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Nelson, Ryan D.** | 06/10/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | George Mason School of Law & Economics Center | April 25-26, 2019 | Washington, DC | Inaugural Antonin Scalia Forum Attendee/Participant | Transportation, meals, lodging |
| 8. | George Mason University School of Law/Antonin Scalia Law School | May 25-June 1, 2019 | Lisbon, Portugal | Global Antitrust Institute Participant | Transportation, meals, lodging |
| 9. | ABA | August 9-10, 2019 | Washington, DC | Section Council Meeting | Transportation, meals, lodging |
| 10. | FBA Tri-State (ID, WY, UT) | September 27-28, 2019 | Sun Valley, ID | Conference Speaker | Transportation, meals, lodging |
| 11. | George Mason School of Law & Economics Center | October 6-8, 2019 | Denver, CO | Symposium Speaker | Transportation, meals, lodging |
| 12. | George Mason School of Law & Economics Center | October 12-16, 2019 | Santa Fe, NM | LEC Antitrust Institute Participant | Transportation, meals, lodging |
| 13. | Federalist Society | November 13-15, 2019 | Washington, DC | Conference Speaker | Transportation, meals, lodging |
| 14. | ABA | November 16, 2019 | Washington, DC | Section Council Meeting | Transportation, meals, lodging |
| 15. | Federalist Society | November 18-19, 2019 | Boise, ID | Conference Speaker | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Mortgage on Rental Property #1, Massanutten, VA | L |
| 2. Wells Fargo | Mortgage on Rental Property #2, Massanutten, VA | None |
| 3. OCWEN | Mortgage on Rental Property #3, Massanutten, VA | None |
| 4. OCWEN | Second Mortgage on Rental Property #3, Massanutten, VA | None |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank (cash) | A | Interest | L | T | | | | | |
| 2. Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. LPL Deposit Cash (formerly HSBC Money Market) (cash) | A | Interest | J | T | | | | | |
| 5. Artisan International Value Investor (ARTKX) | A | Dividend | J | T | | | | | |
| 6. Blackrock International Opp Inst (BISIX) | A | Dividend | J | T | | | | | |
| 7. COHEN & STEERS REALTY (CSRSX) | C | Dividend | K | T | Buy | 01/23/19 | J | | |
| 8. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 9. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 10. Dodge & Cox International Stock (DODFX) | A | Dividend | K | T | | | | | |
| 11. FMI Large Cap Fund (FMIHX) | B | Dividend | K | T | | | | | |
| 12. Gabelli Small Cap Growth AAA (GABSX) | C | Dividend | K | T | | | | | |
| 13. Loomis Sayles Bond (LSBRX) | A | Dividend | J | T | | | | | |
| 14. Matthews Asia (MAPTX) | A | Dividend | K | T | | | | | |
| 15. Morgan Stanley Inst US Real Estate I (MSUSX) | | None | | | Sold | 03/11/19 | J | | |
| 16. T. Rowe Price Small Growth (PRDSX) | A | Dividend | K | T | | | | | |
| 17. T. Rowe Price Health Sciences (PRHSX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Templeton Global Bond A (TPINX) | A | Dividend | J | T | | | | | |
| 19. Vanguard Inflation Protected Secs Adm Cl (formerly TIPS) (VAIPX) | A | Dividend | J | T | | | | | |
| 20. Vanguard Emerging (VEMAX) | A | Dividend | J | T | | | | | |
| 21. Vanguard 500 Index Adm. (VFIAX) | A | Dividend | L | T | | | | | |
| 22. Vanguard Growth Index Adm. (VIGAX) | A | Dividend | K | T | | | | | |
| 23. Vanguard Wellesley Income Adm (VWIAX) (X) | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 24. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 25. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. Blackrock Equity Dividend Inv C (MCDVX) | B | Dividend | K | T | | | | | |
| 28. Blackrock Health Sciences Opps Inv C (SHSCX) | A | Dividend | K | T | | | | | |
| 29. First Eagle Global C (FESGX) | A | Dividend | K | T | | | | | |
| 30. PGIM Index Fund (PSICX) | B | Dividend | J | T | | | | | |
| 31. Pimco Income C (PONCX) | A | Dividend | J | T | | | | | |
| 32. 529 Plan #1 (H) | | | | | | | | | |
| 33. Amcap Fund (CAFAX) | B | Dividend | K | T | | | | | |
| 34. 529 Plan #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cap World Growth and Income (CWIAX) | A | Dividend | K | T | | | | | |
| 36. Fundamental Investors (CFNAX) | B | Dividend | K | T | | | | | |
| 37. 529 Plan #3 (H) | | | | | | | | | |
| 38. Growth Fund America (CGFAX) | A | Dividend | J | T | | | | | |
| 39. Washington Mutual (CWMAX) | B | Dividend | K | T | | | | | |
| 40. 529 Plan #4 (H) | | | | | | | | | |
| 41. Investment Co of America (CICAX) | B | Dividend | K | T | | | | | |
| 42. IRA #3 (H) | | | | | | | | | |
| 43. Hartford Capital Appreciation A (ITHAX) | A | Dividend | K | T | | | | | |
| 44. IRA #4 (H) | | | | | | | | | |
| 45. Blackrock Equity Dividend Inv A (MDDVX) | A | Dividend | J | T | | | | | |
| 46. Blackrock Health Sciences Opps Inv A (SHSAX) (formerly C (SHSCX)) | A | Dividend | J | T | | | | | |
| 47. IRA #5 (H) | | | | | | | | | |
| 48. John Hancock Value (PZFVX) | A | Dividend | J | T | | | | | |
| 49. IRA #6 (H) | | | | | | | | | |
| 50. Blackrock Health Sciences Opps Inv C (SHSAX) | B | Dividend | K | T | | | | | |
| 51. 401(k) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. LPL Financial Cash Deposit (formerly rollover) (cash) | A | Interest | K | T | | | | | |
| 53. SCHWAB TOTAL STOCK MARKET INDEX (SWTSX) | C | Dividend | L | T | Buy | 01/08/19 | J | | |
| 54. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 55. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 56. | | | | | Buy (add'l) | 04/08/19 | J | | |
| 57. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 58. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 59. SCHWAB U S REIT ETF (SCHH) | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 60. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 61. SECTOR HEALTHCARE SELECT SECTOR SPDR ETF (XLV) | A | Dividend | K | T | Buy | 01/02/19 | J | | |
| 62. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 63. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 64. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 65. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 66. T ROWE PRICE QM U S SMALL CAP GROWTH EQUITY INVESTOR CL (PRDSX) | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 67. | | | | | Buy (add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 69. | | | | | Buy<br>(add'l) | 03/14/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 74. T ROWE PRICE GLOBAL MULTI SECTOR BOND INVESTOR CL (PRSNX) | A | Dividend | K | T | Buy | 01/02/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 79. T ROWE PRICE CAP APPREC INVESTOR CL (PRWCX) | B | Dividend | K | T | Buy | 01/03/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 02/11/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 84. TEMPLETON GLOBAL BOND ADVISOR CL (TGBAX) | A | Dividend | J | T | Buy | 01/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 86. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 03/14/19 | J | | |
| 88. TWEEDY BROWNE GLOBAL VALUE<br>(TBGVX) | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 93. VANGUARD INTERMEDIATE TERM<br>BOND INDEX ADMIRAL CL (VBILX) | A | Dividend | K | T | Buy | 01/08/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 99. Vanguard Short Term Bd Idx Adm<br>(VBIRX) | A | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 100. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. VANGUARD CONSUMER STAPLES INDEX ADMIRAL CL (VCSAX) | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 103. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 104. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 105. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 106. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 107. VANGUARD REAL ESTATE INDEX ETF (VNQ) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 108. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 109. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 110. VANGUARD SMALL CAP VALUE INDEX ADMIRAL CL (VSIAX) | A | Dividend | K | T | Buy | 01/08/19 | J | | |
| 111. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 112. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 113. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 114. Palmer Green LLC (H) | | | | | | | | | |
| 115. Undeveloped Land, Lot #1, Shenadoah, VA | | None | K | S | | | | | |
| 116. Undeveloped Land, Lot #2, Shenadoah, VA | | None | K | S | | | | | |
| 117. Undeveloped Land, Lot #3, Shenadoah, VA | | None | K | S | | | | | |
| 118. Rental Property #1, Massanutten, VA | E | Rent | M | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  Rental Property #2, Massanutten, VA | E | Rent | | | Sold | 10/18/19 | N | | ▮▮▮▮▮ |
| 120.  Rental Property #3, Massanutten, VA | E | Rent | | | Sold | 11/26/19 | M | | ▮▮▮▮▮ |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nelson, Ryan D.** | 06/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A., line 1: This activity was approved by the court.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

The assessed value for Undeveloped Land, Lot #1, Shenandoah, VA is $55,600 and my LLC owns a 50% share.
The assessed value for Undeveloped Land, Lot #2, Shenandoah, VA is $62,500 and my LLC owns a 50% share.
The assessed value for Undeveloped Land, Lot #3, Shenandoah, VA is $62,500 and my LLC owns a 50% share.
The assessed value for Rental Property #1, Massanutten, VA is $247,800.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 06/10/2020 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ryan D. Nelson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544